IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FRANK MURPHY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:19-cv-1232 |
| ) | |
| vs. ) | Magistrate Judge Nancy Joseph |
| ) | |
| WISCONSIN CENTRAL LTD., ) | |
| a Delaware Corporation, d/b/a ) | |
| CANADIAN NATIONAL RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WISCONSIN CENTRAL LTD.'S MOTION TO EXCLUDE
EVIDENCE AND TESTIMONY FROM PLAINTIFF'S EXPERT WITNESS JOSEPH WU**

COMES NOW Defendant, Wisconsin Central Ltd. ("WCL"), and by and through its attorneys and pursuant to Rules 26(a) and 37(c) of the Federal Rules of Civil Procedure, hereby moves this Court for an order excluding the expert report of Dr. Joseph Wu. In support, WCL states the following:

1. Plaintiff's disclosure of this expert witness' report was untimely according to this Court's scheduling order, and Plaintiff made no motion or request for an extension of time for disclosure of expert witnesses.

2. Plaintiff's untimely disclosure of this expert witness is prejudicial to Defendant in that the time for discovery is closed, and Defendant has not had an opportunity to obtain an expert in rebuttal.

In support of this motion, WCL is filing herewith a memorandum of law in support.

WHEREFORE Defendant WCL moves this Court to exclude the untimely expert report of Dr. Joseph Wu, on the grounds of Plaintiff's late disclosures in violation of Rules 26(a) and 37(c) of the Federal Rules of Civil Procedure, and prejudice to WCL; to enter an order reflecting the same; and to grant WCL such other and further relief as is proper and just.

Dated: January 18, 2022

                                    Respectfully submitted,

                                    FLETCHER & SIPPEL LLC

                                    By:    s/Peter C. McLeod
                                              One of the Attorneys for
                                              WISCONSIN CENTRAL LTD.

Of Counsel:

James D. Helenhouse, #1028169
Peter C. McLeod #6278012
Stephen J. Foland #6919457
Fletcher & Sippel LLC
29 North Wacker Drive, Suite 800
Chicago, Illinois 60606-3208
Telephone:    (312) 252-1500
Facsimile:    (312) 252-2400
jhelenhouse@fletcher-sippel.com
pmcleod@fletcher-sippel.com
sfoland@fletcher-sippel.com

# CERTIFICATE OF SERVICE

The undersigned states that on the 18th day of January, 2022, he caused a true and correct copy of **Defendant Wisconsin Central Ltd.'s Motion to Exclude Evidence and Testimony from Plaintiff's Expert Witness Joseph Wu** to be filed via the ECF system of the United States District Court for the Eastern District of Wisconsin, said system providing notification upon the following ECF-registered parties:

>Fredric A. Bremseth
>Benjamin Alberty
>BREMSETH LAW FIRM, P.C.
>601 Carlson Parkway, Suite 995
>Minnetonka, MN 55305
>(952) 475-2800 Telephone
>(952) 475-3879 Facsimile
>fbremseth@bremseth.com
>balberty@bremseth.com
>*Attorneys for Plaintiff Frank Murphy*

>/s/Peter C. McLeod
>One of the Attorneys for
>WISCONSIN CENTRAL LTD.